UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

GERMAINE TOMLINSON INSURANCE TRUST, DATED JANUARY 23, 2006, by and through its Trustees; J. B. CARLSON, as Trustee of the Germaine Tomlinson Insurance Trust, dated January 23, 2006; THE CARLSON MEDIA GROUP, as beneficial owner of the Germaine Tomlinson Insurance Trust, dated January 23, 2006; and GEOFFREY A. VANDERPAL,

    Defendants.
_____/

CAUSE NO.:
1:08-cv-01747-SEB-JMS

### AMERICAN GENERAL LIFE INSURANCE COMPANY'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to the Case Management Plan entered by this Court on July 7, 2009, American General Life Insurance Company ("American General") submits the following preliminary list of witnesses and exhibits. American General reserves the right to supplement this list as discovery progresses.

### WITNESSES

American General identifies the following witnesses that it may call at the trial of this case either in person or by depositions. As discovery is ongoing, American General reserves the right to modify or supplement this list.

1. Corporate Representative(s) of American General;

2. J.B. Carlson / Jason Bolf;

3. Representative of Estate of Germaine "Suzy" Tomlinson;

4. Geoffrey Vanderpal;

5. Michele Harra;

6. Corporate representative(s) of Coventry Capital, LLC;

7. Corporate representative(s) of LaSalle Bank, N.A.;

8. Corporate representative(s) of CAI Financial, LLC;

9. Jason Cavalier;

10. Corporate representative(s) of ECA Marketing, Inc.;

11. Kevin League;

12. Corporate representative(s) of NFP Insurance Services;

13. Corporate representative(s) of Support Financial Services, Inc.;

14. Corporate representative(s) of CAI Financial, LLC;

15. Corporate representative(s) of Opportunity Bridge Funding, LLC;

16. Any witnesses necessary for rebuttal or impeachment purposes;

17. Any witnesses identified in further discovery;

18. All witnesses identified by any Party;

19. All witnesses needed to authenticate documents, exhibits, or other matters offered at trial;

20. Any necessary expert witnesses or other witnesses who may be identified by amendment.

## EXHIBIT LIST

American General identifies the following documents that it may offer at the trial of this case. As discovery is ongoing, American General reserves the right to modify or supplement this list.

1. American General's file on Policy number UM0036206L, which includes:

    a. Policy, application and related transaction documents, including transmittal documents from Defendant VanderPal.

    b. Documents relating to the financing of the policy's premiums.

      c.      Documents relating to policy illustration requests from known life insurance secondary market service providers.

      d.      Documents relating to the underwriting of Policy number UM0036206L.

2. Any document obtained pursuant to subpoena;

3. Any document identified by any Party;

4. Any document produced by any Party;

5. Any document marked as a deposition exhibit in this lawsuit;

6. Rebuttal exhibits, if necessary;

7. Impeachment exhibits, if necessary.

                                      Respectfully submitted,

                                      /s/David P. Donahue
                                      Michael D. Mulvaney
                                      David P. Donahue
                                      1901 Sixth Avenue North, Suite 2400
                                      Regions/Harbert Plaza
                                      Birmingham, AL   35203
                                      ddonahue@maynardcooper.com
                                      mmulvaney@maynardcooper.com

                                      Todd J. Kaiser
                                      Kenneth B. Siepman
                                      Ogletree Deakins, Nash, Smoak & Stewart
                                      111 Monument Circle, Suite 4600
                                      Indianapolis, IN 46204
                                      (317) 916-2155
                                      cell:  (317) 258-7569
                                      todd.kaiser@ogletreedeakins.com
                                      kenneth.siepman@ogletreedeakins.com

                                      Attorneys for Plaintiff
                                      American General Life Insurance Co.

OF COUNSEL:
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 2400

Regions/Harbert Plaza
Birmingham, AL  35203
(205) 254-1000

Ogletree Deakins, Nash, Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
(317) 916-2155

## **CERTIFICATE OF SERVICE**

  Service of the foregoing was made on August 31, 2009, via E-mail addressed to the following:

Vincent P. Antaki
Reminger Co., L.P.A.
Vantaki@reminger.com

Dennis F. McCrosson, III
McCrosson & Associates
dmccross@mccrossonlaw.com

Kyle B. Osting
Baker & Daniels
kbosting@bakerd.com

Kevin M. Toner
Baker & Daniels
Kevin.toner@bakerd.com

Judg L. Woods
Bose McKinney & Evans, LLP
jwoods@boselaw.com

               /s/David P. Donahue
               Of Counsel